UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO: SA CR07-0102 DOC |
| Plaintiff, | ) | |
| vs | ) | AMENDED JUDGMENT AFTER REVOCATION HEARING |
| 2) SCOTT SCHMIDT | ) | |
| Defendant. | ) | |

WHEREAS, on October 7, 2009, came the attorney for the Government, Lawrence Kole and the defendant appeared in person with appointed counsel, C. Thomas McDonald; and the defendant admitted the allegations 1, 2, 3, 4 (as modified), 5, 6, 8, 9 and 11, as stated in the Petition filed August 25, 2009. Allegations 7 and 10 are stricken.

NOW, THEREFORE, IT IS ADJUDGED, upon the findings of the Court, probation is revoked and reinstated under all the same terms and conditions previously imposed on January 22, 2008, with the exception of fine and restitution, which have been paid in full. As an added special condition, the defendant shall reside at and participate in a residential drug treatment program, at "The Phoenix House" and shall follow all program rules, as approved and directed by the Probation Officer, for a minimum of 6 months or until successfully discharged by the Program Director and the Probation Officer.

1   Defendant shall remain in custody until space become available at Phoenix House, and
2   shall then be released to a Representative of Phoenix House **only**.
3   Defendant is ordered to report to the United States Probation Office within 72 hours of
4   intake to Phoenix House. Defendant is further ordered to report in person directly to the Court
5   within 21 days after intake to Phoenix House, at a date and time to set by the United States
6   Probation Officer, and thereafter report in person directly to the Court no more than 8 times
7   during the first year of probation.
8   IT IS ORDERED that the Clerk deliver a copy of this Judgment to the U.S. Marshal and
9   the U.S. Probation Office and this copy shall serve as the commitment of the defendant.

11  DATE:  November 23, 2009

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

14  FILED:
    TERRY NAFISI, Clerk of Court

    by Kristee Hopkins
16      Deputy Clerk